UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEONTAE WILLIAMS,
    Plaintiff,

vs.                                              Case No.:  3:22cv279/TKW/EMT

ALLISON FORD,
    Defendant.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5).  No objections were filed.  Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's recommended disposition of this case.  Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    Plaintiff's federal claims are **DISMISSED with prejudice** for failure to state a claim, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

3.    Plaintiff's state law claims are **DISMISSED without prejudice** to him pursuing them in a state forum.

4. The Clerk shall enter judgment in accordance with this Order and close the case.

**DONE and ORDERED** this 7th day of February, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**